**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**CHRISTIAN LABRENT MOORE,**

    Petitioner,

v.                                                                 **Case No: 5:14-cv-525-Oc-10PRL**

**UNITED STATES OF AMERICA**

    **Respondent.**

## ORDER

This matter is before the Court on the Petitioner's motion to supplement his Section 2255 motion (Doc. 8). Petitioner filed this motion on his own behalf despite the fact that the Court previously appointed Daniel F. Daly, Esq. to represent him in these proceedings. (*See* Doc. 4). Pursuant to Local Rule 2.03(d), "[a]ny party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court." Accordingly, Petitioner's motion is due to be **STRICKEN.** Mr. Daly is directed to promptly confer with Petitioner, if he has not already done so, and if appropriate, he may file a motion to supplement the Section 2255 motion within **twenty (20) days** of this Order.

**DONE** and **ORDERED** in Ocala, Florida on December 19, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties